UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN SOLOMON, | ) |
| Plaintiff, | ) ) ) ) Civil Action No. 24-572 (RBW) |
| v. | ) ) |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, | ) ) ) |
| Defendant. | ) ) ) |

**ORDER**

In accordance with the Court's oral rulings issued at the hearing held on June 20, 2024, it is hereby

**ORDERED** that, on or before June 21, 2024, the parties shall file a joint briefing schedule governing further proceedings in this case.

**SO ORDERED** this 20th day of June, 2024.

REGGIE B. WALTON
United States District Judge