UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN SOLOMON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | Civil Action No. 24-572 (RBW) |

# **SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of William Scolinos as counsel for Plaintiff in the above captioned case substituting for Michael Ding.

Dated: March 7, 2025
Washington D.C.

Respectfully submitted,

By: /s/ *William Scolinos*
William Scolinos (D.C. Bar No. 90023488)
Tel: (202) 964-3721
E-mail: William.Scolinos@aflegal.org
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Avenue SE #231
Washington, D.C. 20003

*Counsel for Plaintiff*