**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN SOLOMON,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>*Defendant*. | No. 24-cv-572-RBW |

## STIPULATION OF DISMISSAL

Plaintiff, John Solomon, and Defendant, U.S. Department of Health and Human Services, by and through undersigned counsel, hereby stipulate and agree that all claims asserted in this action are dismissed with prejudice pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii).

Each party shall bear its own attorneys' fees, costs, and expenses incurred in connection with this action.

The stipulation is signed by all parties who have appeared in this action. This dismissal is effective upon filing and does not require a court order.

[signature page to follow]

Dated: June 22, 2026

Respectfully submitted,

*/s/ Robert A. Crossin*
William F. Scolinos
DC Bar No. 90023488
Robert A. Crossin
DC Bar No. 90036740
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave SE #231
Washington, DC 20003
Tel.: 202.964.3721
william.scolinos@aflegal.org
bobby.crossin@aflegal.org

*Attorneys for John Solomon*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Sam Escher*
SAM ESCHER, D.C. Bar #1655538
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2531
Sam.Escher@usdoj.gov

*Attorneys for the United States of America*